UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case Number 09-14072
                                              Honorable David M. Lawson

v.

TWO LAPTOP COMPUTERS,

        Defendants.

_____/

**CONSENT JUDGMENT AND FINAL ORDER OF FORFEITURE**

    Pursuant to the stipulation of the parties [dkt. #24],

    It is **ORDERED** that the claimant's interest in the defendant property set forth below is **EXTINGUISHED**, and the defendant property is **FORFEITED** to the United States of America. Clear title to said property is hereby **VESTED** in the United States of America, and the United States Department of Homeland Security or its delagatee is **AUTHORIZED** to dispose of the following property according to law:

    (1)    One Sony Vaio laptop computer, Model PCG-4k1I with Sony A.C. adapter power cord;

    (2)    One Twinhead laptop computer, Model EFIO!125A with A.C. adapter power cord.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:   July 31, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 31, 2015.

        s/Susan Pinkowski
        SUSAN PINKOWSKI